UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :    00cr402-1(DLC)
                                           :
              -v-                          :    ORDER
                                           :
FELIX RODRIGUEZ,                           :
                                           :
                        Defendant.         :
                                           :
------------------------------------------X

DENISE COTE, District Judge:

On February 26, 2024, this Court received a letter dated February 23 from defendant Felix Rodriguez. It is hereby

ORDERED that the letter is sealed and a copy will be provided to the Government.

IT IS FURTHER ORDERED that the Government shall respond to the letter by **April 12, 2024**.

Dated:   New York, New York
         March 20, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge