```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
    UNITED STATES OF AMERICA,           :      00cr402-1(DLC)
                                        :
                -v-                     :      ORDER
                                        :
    FELIX RODRIGUEZ,                    :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On February 23, 2024, Felix Rodriguez requested assistance in his application to the Delaware Department of Insurance, to wit, support for the sealing of "individual charges". The Government responded to the request with its letter of April 12, 2024.

In light of his past cooperation with the Government, the Court has redacted from publicly filed documents information which could be used to contact or locate Rodriguez, including his address. It is hereby

ORDERED that Rodriguez's request for an Order to the Delaware Department of Insurance is denied.

Dated:   New York, New York
         April 16, 2024

                                   _____
                                          DENISE COTE
                                   United States District Judge